An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RAFAEL ACOSTA,
Appellant,
vs.
YOLY D'ACOSTA,
Respondent.

No. 62543

**FILED**

JUL 28 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

RAFAEL ACOSTA,
Appellant,
vs.
YOLY D'ACOSTA,
Respondent.

No. 63720

### ORDER DISMISSING APPEALS

On May 27, 2014, this court issued an order allowing appellant's counsel to withdraw and giving appellant 15 days to either retain new counsel and cause counsel to enter an appearance, or to file a notice that he intends to pursue these consolidated appeals in proper person. Our May 27 order cautioned appellant that failure to respond would result in these appeals being dismissed as abandoned. To date, appellant has failed to respond to our order in any way. Accordingly, we conclude that these appeals have been abandoned, and we

ORDER these appeals DISMISSED.

_____, A.C.J.

cc: Hon. Robert Teuton, District Judge, Family Court Division
Carolyn Worrell, Settlement Judge
Rafael Acosta
Willick Law Group
Eighth District Court Clerk

14-24518